

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NOS. 02-16-00186-CR
### 02-16-00187-CR
### 02-16-00188-CR
### 02-16-00189-CR
### 02-16-00190-CR

MARCUS EUGENE BOONE                                 APPELLANT

V.

THE STATE OF TEXAS                                       STATE

------------

### FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1413540D, 1413538D, 1413539D, 1412646D, 1411974D

------------

# ORDER

------------

Appellant filed notices of appeal from his criminal judgments of conviction in the above referenced trial court cause numbers, and the appeals were filed under criminal docket numbers. Appellant's brief in each appeal, however, challenges only the trial court's orders directing prison officials to withdraw money from appellant's inmate trust account. Such withdrawal orders are civil,

not criminal, in nature. *See Harrell v. State*, 286 S.W.3d 315, 319 (Tex. 2009). Therefore, the court has determined that these appeals should proceed under civil docket numbers.

Accordingly, the following appeal numbers are ordered closed:

NO. 02-16-00186-CR
NO. 02-16-00187-CR
NO. 02-16-00188-CR
NO. 02-16-00189-CR
NO. 02-16-00190-CR

The appeals from the above trial court cause numbers will proceed in the same manner as in other civil cases and will continue under the following appeal numbers:

NO. 02-17-00064-CV
NO. 02-17-00065-CV
NO. 02-17-00066-CV
NO. 02-17-00067-CV
NO. 02-17-00068-CV

All papers that have been filed in the closed criminal docket numbers shall be considered filed in the civil docket numbers listed above.

The clerk of this court is directed to transmit a copy of this order to the appellant, the State, the trial court judge, the trial court clerk, and the court reporter.

DATED March 6, 2017.

PER CURIAM